

# THE THIRTEENTH COURT OF APPEALS

13-18-00489-CV

JORGE A. ARJONA AND MARTINA ARJONA
v.
INTER NATIONAL BANK OF MCALLEN AND
SUBSTITUTE TRUSTEE MARIN J. ESPINOSA

On Appeal from the
206th District Court of Hidalgo County, Texas
Trial Cause No. C-4925-17-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

September 27, 2018